IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUSTIN MCKNIGHT, | ) CASE NO.: 5:18-CR-340 |
| Petitioner, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| UNITED STATES OF AMERICA, | ) **JUDGMENT** |
| Respondent. | ) |

For the reasons set forth in this Court's Memorandum Opinion and Order, Petitioner McKnight's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. § 2255 (ECF #47) is DENIED. Furthermore, the Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an appeal from this decision could not be take in good faith, and that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed.R.App.P. 22(b).

IT IS SO ORDERED.

_____
DONALD C. NUGENT
Senior United States District Judge

DATED: May 11, 2021